1 BARRY J. PORTMAN
Federal Public Defender
2 COLLEEN MARTIN
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RAFAEL VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 09-864 SBA |
| ) | |
| Plaintiff,   ) | **ORDER DIRECTING THE GLENN DYER FACILITY AND/OR SANTA RITA COUNTY JAIL TO PERMIT COUNSEL FOR RAFAEL VERDUZCO TO BRING A LAPTOP COMPUTER INTO THEIR FACILITIES** |
| vs.   ) | |
| RAFAEL VERDUZCO,   ) | |
| Defendant.   ) | |

GOOD CAUSE APPEARING, upon request of the defendant, by and through counsel, IT IS HEREBY ORDERED that Glenn Dyer Facility and/or Santa Rita County Jail shall permit counsel for RAFAEL VERDUZCO to bring a laptop computer into their facilities to allow counsel and the defendant to review recordings produced by the government in discovery.

IT IS SO ORDERED.

DATE: September 9, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v Verduzco*
CR 09-864 DLJ
[PROPOSED] ORDER                                    1