BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RAFAEL VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-864 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| RAFAEL VERDUZCO, | |
| Defendant. | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for December 17, 2009, at 1:00 p.m. before the Honorable Saundra Brown Armstrong, is VACATED and RESET to January 19, 2010, at 11:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to January 19, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking

1  into account due diligence, given the need for the government and the defense to complete the

2  process of legal research relating to a potential disposition of the case.

3      SO ORDERED.

4

5  DATED:_12/17/09                 *[signature]*
                                      SAUNDRA BROWN ARMSTRONG

6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v Verduzco,* CR 09-864 SBA
[PROPOSED] ORDER                      2